IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ITG BRANDS, LLC | § | |
| | § | No. 204, 2025 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2017-0129 |
| REYNOLDS AMERICAN INC., | § | |
| and R.J. REYNOLDS TOBACCO | § | |
| COMPANY, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: December 3, 2025
Decided: December 15 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW** and **GRIFFITHS**, Justices, constituting the Court *en banc*.

## ORDER

This 15th day of December, 2025, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its memorandum opinions dated September 30, 2022, October 2, 2023, and March 3, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice